# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY BOND and MARY ANN BOND, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| LASER SPINE INSTITUTE, LLC, | : | NO. 10-1086 |
| Defendant. | : | |

## <u>ORDER</u>

AND NOW, this 11th day of August, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Defendant's Motion to Quash Service of Process and to Dismiss, or in the Alternative, to Transfer Venue (Doc. No. 7) is DENIED.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL 09-10\10-1086 - Bond v. LSI\Bond v. LSI - Order Mot to Transfer.wpd